14 A.3d 747

IN THE MATTER OF ALAN S. PORWICH, AN ATTORNEY AT LAW (ATTORNEY NO. 025201979).

March 22, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–279, concluding on the record certified to the

Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ALAN S. PORWICH** of **JERSEY CITY,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.16(d) (failure to protect a client's interests on termination of the representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **ALAN S. PORWICH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.